[Decided January 5, 1887.]

## HOLLON PARKER *v.* GEORGE D'ACRES.

APPEAL — NOTICE — DISMISSAL. — Section 2140 of the Code provides "that where a party to an action has appeared in the same, he shall be entitled to at least three days' notice of any trial, hearing, motion, or application to be had or made therein before any judge at chambers, which notice shall be in writing," etc. *Held*, that where a notice of appeal under the act of 1883, not given in open court, was entertained by the judge without the preliminary notice required by this section, the appeal should be dismissed.

ERROR to the District Court holding terms at Walla Walla. First District.

Motion to dismiss the appeal.

*Messrs. B. L. & J. L. Sharpstein,* for Defendant in Error, argued for the motion.

*Mr. A. E. Isham,* for the Plaintiff in Error, *contra.*

PER CURIAM.—This motion to dismiss must be granted, because the notice of appeal, not being one given in open court, and being in its nature an application for an order allowing the appeal, was entertained by the judge without the preliminary notice to the adverse party prescribed by section 2140 of the Code.